

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **CHRISTOPHER COYNE**<br>*Assistant Corporation Counsel*<br>Labor & Employment Division<br>(212) 356-1180<br>ccoyne@law.nyc.gov |

December 17, 2019

**BY ECF**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

        Re: Hamilton v. City of New York,
             19 Civ. 3197 (PAE)

Dear Judge Engelmayer:

      I am the Assistant Corporation Counsel assigned to defend the City of New York in the above-referenced action. I write to respectfully request an adjournment of the initial pretrial conference scheduled for January 9, 2020. This is the third request for an adjournment of the initial conference. The initial conference was originally scheduled for September 6, 2019, but was adjourned to November 5, 2019, following the parties' referral to the Southern District's Mediation Program. The initial conference was then adjourned to January 6, 2020, because the prior Assistant Corporation Counsel assigned to this matter went out of the office on extended parental leave. Defendant now seeks this third adjournment of the initial conference and plaintiff consents to this request.

      Defendant requests this adjournment because I will be on trial before the Honorable Vernon S. Broderick in the matter of Berger v. The New York City Police Department, et al., 13 Civ. 6084, beginning on January 6, 2020. The parties anticipate trial to last for at least 3-4 days, which conflicts with the initial conference in this matter. Accordingly, defendant respectfully requests an adjournment of the initial conference.

      The parties have conferred and jointly propose February 3, 4, or 7, 2020, as alternative dates for the conference. If the request for an adjournment is granted, defendant also respectfully requests that the deadline for the joint letter and proposed case management plan currently due on January 3, 2020, be extended to a date five-days prior to the date of the initial conference.

**HONORABLE PAUL A. ENGELMAYER**
United States District Judge
<u>Hamilton v. City of New York</u>,
19 Civ. 3197 (PAE)
December 17, 2019
Page 2

Thank you for your consideration of this request.

              Respectfully submitted,

              /s/
              Christopher Coyne
             Assistant Corporation Counsel

Cc  John Scola
   (by ECF)

The consent request for an adjournment of the initial pretrial conference in this matter is granted. The conference is adjourned to February 13, 2020, at 10:30 am. Pretrial submissions in accordance with the Court's individual rules are due by February 7, 2020. SO ORDERED.

PAUL A. ENGELMAYER   12/18/2019
United States District Judge