

| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | CHRISTOPHER COYNE<br>*Assistant Corporation Counsel*<br>Labor & Employment Division<br>(212) 356-1180<br>ccoyne@law.nyc.gov |
|---|---|---|

August 25, 2020

**BY ECF**                                                **MEMORANDUM ENDORSEMENT**

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   Hamilton v. City of New York,
            19 Civ. 3197 (MKV) (GWG)

Dear Judge Gorenstein:

      I am an Assistant Corporation Counsel with the New York City Law Department assigned to defend the City of New York in the above-referenced action. I write, on behalf of all parties, to respectfully request an adjournment of the settlement conference currently scheduled for September 14, 2020. This is the first request to adjourn the settlement conference in this case and it is made on behalf of all parties.

      The parties request this initial adjournment to provide additional time for the exchange of documents, which may assist in settlement negotiations. On August 25, 2020, I contacted chambers to request a hold be placed on the Court's calendar for October 29, 2020, at 2:45 PM. The parties have conferred and are both available at that date and time, and respectfully request that the settlement conference be adjourned to October 29, 2020.

      Thank you for your consideration of this request.

**Conference adjourned to October 29, 2020, at 2:45 p.m. Submissions due October 23, 2020.**

Respectfully submitted,

**So Ordered.**

/s/ Gabriel W. Gorenstein
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**August 26, 2020**

/s/
Christopher Coyne
Assistant Corporation Counsel

**HONORABLE GABRIEL W. GORENSTEIN**
United States Magistrate Judge
<u>Hamilton v. City of New York</u>,
19 Civ. 3197 (MKV) (GWG)
August 25, 2020
Page 2


Cc    John Scola
       (by ECF)