UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/02/2020

GREGORY HAMILTON,

           Plaintiff,

-against-

THE CITY OF NEW YORK,

           Defendants.

1:19-cv-03197-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court has received a letter from The Harman Firm, LLP, former counsel to Plaintiff, dated August 31, 2020, claiming there is an attorney's lien on this file in the total of $12,793.01 but offering no evidence in support of that amount [ECF No. 38]. Plaintiff, in a letter through successor counsel dated September 2, 2020, acknowledges the lien and represents that no proceeds of the claims in this matter will be distributed to Plaintiff until the claimed lien is resolved [ECF No. 39].

    Accordingly, it is HEREBY ORDERED that (1) The Harman Firm, LLP has a lien on the file, (2) no proceeds obtained through this matter be distributed until the lien is resolved, and (3) The Harman Firm, LLP must file evidence of the amount of the lien on or before **September 18, 2020**.

**SO ORDERED.**

Date: September 2, 2020
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**