Case 1:19-cv-03197-MKV-GWG   Document 51   Filed 11/04/20   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY HAMILTON,

          Plaintiff,

-against-

THE CITY OF NEW YORK,

          Defendant.

1:19-cv-3197-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      It having been reported to the Court by Magistrate Judge Gorenstein that the parties have reached a settlement in principle, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **January 3, 2021**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: November 4, 2020**
**New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**